IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, as subrogree of Subrayan Investments LLC d/b/a Quality Inn, a New Hampshire domestic insurance corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN STATES FIRE PROTECTION COMPANY,<br><br>Defendant. | CV 20–40–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 26th day of October, 2021.

_____
Donald W. Molloy, District Judge
United States District Court